IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEROME WILLIAMS,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION 06-0799-WS-B |
| ) | |
| **SAXON MORTGAGE COMPANY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 11, 2008, Kenneth J. Riemer, Esq., co-counsel for plaintiffs, notified the undersigned's staff that the parties have reached a settlement of this action in its entirety. In light of these representations, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may reinstate the action within 30 (thirty) days after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his, her or its own costs, unless otherwise agreed by the parties.

**DONE** and **ORDERED** this 14th day of January, 2008.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE